ORIGINAL

FILED
JUN 27 2008
U.S. COURT OF FEDERAL CLAIMS

**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

**ADVANCED FUTURE GROUP INTERNATIONAL GENERAL TRADING & CONTRACTING COMPANY W.L.L.**

**Plaintiff,**

**v.**

**UNITED STATES,**

**Defendant.**

**No. 08-475 C**

## COMPLAINT

Plaintiff, Advanced Future Group International General Trading & Contracting Company W.L.L. (hereinafter "AFGI"), alleges as follows:

## NATURE OF CASE

1. AFGI, with the United States' express written agreement, constructed a maintenance facility and a heavy equipment wash rack at Camp Liberty in Baghdad, Iraq. While construction was underway, government personnel began taking an interest in the facility and wash rack, including taking tours of the premises. Shortly after the facilities were substantially completed, the Government seized them. Although AFGI was allowed to remove the equipment installed at the wash rack, it was not allowed to remove the maintenance building or anything attached to the building, except for the generators it had installed. As a direct result of the Government's actions, AFGI has lost its building, wash rack improvements, its equipments, and the opportunity it had to utilize those facilities and put them to profitable use. It has been paid nothing by the Government.

## PARTIES

2. Plaintiff, AFGI, is a Kuwaiti limited liability company, whose main offices are located in Salmiya, Kuwait, and which has an office located at Camp Liberty's Industrial Zone, Baghdad, Iraq. At the times relevant to the matters asserted in this complaint, AFGI's senior operational management consisted of citizens of the United States and AFGI had performed a number of contracts in Kuwait and Iraq for the United States.

3. Defendant is the United States of America, acting thorough the United States Army and/or the Multi National Corps – Iraq (hereinafter collectively referred to as the "U.S. Government") The acts of the United States Army and/or the Multi National Corps – Iraq contained in this Complaint are imputed to the Defendant.

## JURISDICTION

4. This court has jurisdiction over the subject matter of this action pursuant to the Tucker Act, 28 U.S.C. § 1491(a) (1), because the causes of action arise out of a contract entered into by the United States and under the Fifth Amendment of the United States Constitution.

5. The Government of Kuwait allows citizens of the United States to prosecute claims against the Kuwaiti Government in the courts of Kuwait on an equal basis with claims brought by Kuwaiti citizens.

## STATEMENT OF FACTS

6. In early 2005, AFGI sought to occupy a lot at specified grid coordinates within the Industrial Zone Area at Camp Liberty in Baghdad, Iraq. Camp Liberty is under the control of and administered by the Defendant.

7. By a letter dated March 31, 2005, Garrison Commander Bruce A. Resnak of the United States Army and the Multi-National Corps – Iraq authorized AFGI to occupy a lot at specified grid coordinates within the Industrial Zone area at Camp Liberty. *See* Exhibit 1.

8. The authorization contained no termination provision, other than the statement that "[a]ny deviation or non-compliances by Tenant will result in their eviction from the complex." *Id.*

9. No improvements could be made to the property without the authorization of the United States Government.

10. In April, 2005, AFGI sought and received approval from the U.S. Government for its planned maintenance and wash rack facilities on the approved property. These two facilities were designed to operate together. The wash rack was necessary to clean vehicles before they entered the maintenance facility. AFGI had little to no use for the wash rack as a stand alone facility. AFGI intended to use the facilities to support its work for the U.S. Government and commercial entities in Iraq.

11. AFGI also began site preparation in April 2005 and construction activities proceeded. Construction of the wash rack was completed in December 2005 and the maintenance facility exterior was erected in June 2006, with electrical and mechanical system installation beginning in September 2006. The electrical system installation was 95% complete by October 2006.

12. During this same time period, the U.S. Government's March 2005 authorization was renewed. By a letter dated March 5, 2006, AFGI requested renewal of the agreement for an additional year. *See* Exhibit 2. The U.S. Government's terrain manager, MAJ Beth A. Behn,

recommended on March 7, 2006 that the agreement be renewed, noting that the "Contractor will be unable to provide critical services to the VBC" if it is not renewed. Exhibit 3.

13. Later that same day, March 7, 2006, the U.S. Government and AFGI executed an agreement, drafted by the U.S. Government, that expressly authorized AFGI to use the land "for a maintenance facility and heavy equipment wash rack." Exhibit 4. The agreement provided that the usage was to be completed not later than March 10, 2007, and it was subject to renewal. *See id.* In paragraph 8 of the agreement, the U.S. Government reserved the right to "reallocate" the "facility/property" if an "operational requirement" arose during the course of the lease that required a reallocation "to support those changing needs." *Id.*

14. Erection of the maintenance facility exterior was completed in June 2006. As AFGI neared completion of its facilities, the U.S. Government took an interest in those facilities. From June 2006 through November 2006, various U.S. Government representatives visited the facility. In mid-November 2006, although the facility was already being used by AFGI to maintain its vehicles and heavy equipment and to receive and store materials that were being delivered to AFGI customers, U.S. Government representatives expressed an interest in leasing the facility, and even advised AFGI of additional equipment the U.S. Government wanted at the facility, such as larger generator sets, additional lighting, and air compressors. *See* Exhibit 5.

15. On November 13, 2006, a U.S. Government representative, Darrell Hejde, advised AFGI that the U.S. Government was "very interested in your Pre-engineered building near the burn pit at victory Base Camp," and stated that "[w]e are anxious to move a new . . . critical mission into this building," and then inquired about the lease terms.

16. In response to the U.S. Government's statements that it had a need for the facility and was interested in leasing it, AFGI submitted proposals on November 20, 2006 and

November 21, 2006, offering the U.S. Government the use of the facilities, operation and maintenance of the facilities, and/or provision of additional items. *See* Exhibit 6.

17. AFGI never received a counter-offer to these proposals. Instead, on November 27, 2006, AFGI was advised by Technical Sergeant Roux that the U.S. Government considered the building a fixed structure because the cost of moving it was more than twenty percent of the cost of the building and that AFGI would not be allowed to relocate it. AFGI was subsequently advised that this position was based on Chapter 5, Relocatable Buildings, of Army Regulation 420-18. That Chapter governs the Government's acquisition of relocatable buildings for temporary use as personal property; it does not apply to relocatable buildings authorized as real property. AR 420-18, § 5-1. It states, in part, that "[w]hen the total of estimated funded and unfunded project costs exceed 30 percent of the estimated purchase price, the facility cannot be considered a relocatable building and cannot be authorized or obtained using the provisions of this regulation." AR 420-18, § 5-2(c). The relevance of this advice and provision, which is a limitation on the Army's ability to acquire relocatable buildings under the authority of that particular regulation, to the U.S. Government's actions was not explained.

18. AFGI was also advised on November 27, 2006 that "[i]t is the Government's intent to utilize the land and building to support [the U.S. Government's] changing needs." Exhibit 7. AFGI was requested to explain, among other things, the history of the construction of the construction and the contracts it was constructed under. *See id.* On November 30, 2006, AFGI provided the requested information and explained that the facilities were constructed by AFGI to support its own operations and requirements and that it "was privately constructed utilizing AFGI resources." Exhibit 8.

19. On December 7, 2006, COL Marjorie Courtney of the Garrison Command, citing paragraph 8 of the March 7, 2006 agreement, advised AFGI that "changing operational needs require the U.S. Government to occupy the portion of the land that includes the warehouse that is affixed to the land. This letter shall serve as notice that we intend to occupy the land not later than midnight on 8 December 2006." Exhibit 9. Although all records between the parties up to this point in time had referred to the facility as a maintenance facility and the U.S. Government, in its November 27, 2006 correspondence, had advised that it intended to utilize the "land and building," this memorandum asserted that the U.S. Government would be occupying only the land, and described the building as a warehouse that was affixed to the land. The Government knew that the building was not a warehouse. It was authorized and constructed as a maintenance facility. Nor was it "affixed" to the land, as it was a removable building.

20. On or about December 8, 2006, the U.S. Government did in fact seize and take over the land and AFGI's facilities on the land.

21. Although AFGI was given the opportunity to remove the wash rack equipment and the building could have been disassembled and removed, AFGI was not allowed to remove the maintenance facility or the equipment in the facility, other than the generators.

22. Subsequent to the seizure of the facility, the U.S. Government occupied, and continues to occupy, the property and facilities constructed by AFGI and is using them for the purposes for which they were erected. The maintenance facility remains in place and is being used by the U.S. Government in connection with its program to add additional armor to Humvee vehicles. The wash rack's concrete pad is being used as a storage yard to support that program.

23. The seizure of the facilities deprived AFGI of the opportunity to obtain and perform several business opportunities. For example, at the time of the seizure by the U.S.

Government, AFGI had submitted a proposal to Kellogg Brown & Root for the repair and overhaul of generator sets that would require use of the facility. *See* Exhibit 10. AFGI had also received commitments that it would maintain the generators and construction equipment and stock consumables for the fleets of Gulf Catering Company and Gulf Facilities Trading Company. The facility could also have been used in support of the U.S. Government's Log Cap III and Log Cap IV procurements. After the seizure, AFGI could not submit a proposal in response to a solicitation by the Joint Contracting Command – Iraq Regional Office – Baghdad for a service and maintenance contract for certain vehicles because the contractor had to "provide a facility." Solicitation W91GET 07 Q0001, SOW ¶ 4.

24. AFGI has received no compensation whatsoever from the Government in connection with its seizure of AFGI's facility.

## COUNT I

### (BREACH OF CONTRACT)

25. Plaintiff incorporates paragraphs 1 through 24 as if fully set forth herein.

26. Plaintiff entered into a contract with the defendant that expressly authorized AFGI to use certain land for a maintenance facility and heavy equipment wash rack. The U.S. Government later seized the Plaintiff's facilities. This seizure breached the contract between the parties, entitling AFGI to recover its damages, because (1) the U.S. Government never had a right in the AFGI facilities and its power to reallocate land for operational needs did not extend to the reallocation of the AFGI facilities; (2) the reallocation was not due to operational need for the land; (3) the seizure was in violation of federal regulations providing that the government cannot assert any claim to the assets of a private organization operating on an Army installation (32 C.F.R. § 212.6(h)), which should have regulated the Army's conduct under the contract; and

(4) the U.S. Government violated its obligations of good faith and fair dealing, which they owed to AFGI by way of their mutual contract.

27. The facilities were never intended to be U.S. Government property and AFGI never agreed to give the U.S. Government any right in or to those facilities.

28. Although the U.S. Government reserved the right to reallocate the facility/property to support changing operational requirements, its right extended only to the use of the property, i.e. the land. It could not reallocate the use of the facilities in which it had never acquired any rights.

29. The reallocation was not the result of any need to use the land for new operational requirement. Instead, the U.S. Government wanted to take over the facility AFGI constructed on that land.

30. The maintenance facility remains in place and is being used by the U.S. Government for the purposes for which it was designed.

31. Under the March 7, 2006 agreement, the U.S. Government had no right to seize the AFGI maintenance and wash rack facilities because it had an operational requirement for those facilities. Its doing so constitutes a breach of that agreement, entitling AFGI to recover damages.

32. Moreover, the seizure was in violation of federal regulations, which should have regulated the Army's conduct under the contract, which provide that the U.S. Government cannot "assert any claim to the assets of a private organization" operating on an Army installation. 32 C.F.R. § 212.6(h)(2006); *accord*, Private Organizations on Department of Army Installations, AR 210-22 § 1-5(g) 22 (Oct. 2001).

33. The U.S. Government violated its implied contractual duty of good faith and fair dealing. The Government knew that AFGI wanted the land "to construct a Maintenance Facility and Heavy equipment Wash Rack to support equipment for government and commercial customers." Exhibit 2. The U.S. Government, however, allowed AFGI to construct the building and then, as it approached completion, seized it, preventing AFGI from ever making meaningful beneficial use of it to support the operations of the U.S. Government and commercial customers. By preventing AFGI from ever making meaningful use of the building, the U.S. Government destroyed AFGI's reasonable expectations regarding the fruits of the agreement and breached the covenant of good faith and fair dealing.

34. AFGI has been damaged by the Government's breach of the contract in the amount of at least $3,865,131.00.

## COUNT II

### (FIFTH AMENDMENT TAKING OF PLAINTIFF'S PROPERTY)

35. Plaintiff incorporates paragraphs 1 through 34 as if fully set forth herein.

36. The U.S. Government's actions constitute a "taking" of AFGI's maintenance facility and wash rack improvements, for which AFGI, which has significant connections to the United States, is entitled to just compensation under the Fifth Amendment of the United States Constitution.

37. AFGI has requested that it be compensated by the U.S. Government, but the U.S. Government has failed to do so.

38. AFGI is entitled to be compensated for the taking in the amount of at least $3,865,131.00.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff respectfully prays:

**AS TO COUNT ONE**

39. That this Court enter an order awarding Plaintiff monetary damages, for the breach of contract, in the amount of $3,865,131.00.

**AS TO COUNT TWO**

40. That this Court enter an order awarding Plaintiff just compensation for the taking of its facilities, which have been taken without compensation and in violation of the Fifth Amendment to the United States Constitution, in the amount of at least $3,865,131.00.

**AS TO BOTH COUNTS**

41. That the Court award Plaintiff its attorneys' fees, under the Equal Access to Justice Act, or other applicable law;

42. That the Court award Plaintiff all costs and interest on the damages allowed by law; and

43. That the Court grant such other and further relief as the law and the evidence may justify and as the Court may deem proper.

Respectfully submitted, this 27th day of June 2008.

By: ______________________

Stephen S. Kaye, Esquire
Bryan Cave LLP
700 Thirteenth Street NW, Suite 700
Washington, D.C. 20005
Telephone: (202) 508-6000
Facsimile: (202) 508 6200

*Counsel of Record for Plaintiff*

Of Counsel

P.J. Meitl, Esquire
Bryan Cave LLP
700 Thirteenth Street NW, Suite 700
Washington, D.C. 20005

# Exhibit 1

HEADQUARTERS
MULTI-NATIONAL CORPS IRAQ
166th AREA SUPPORT GROUP
GARRISON COMMAND
BAGHDAD, IRAQ
APO, AE 09342

REPLY TO ATTENTION OF

AFRC-CPR-ASG-CO 31 March 2005

MEMORANDUM FOR Mr. Thomas W. Kelly III, Advance Future Group

SUBJECT: Approval for Temporary Authorization to Occupy/Use Land/Lot within the Industrial Zone Area, Camp Liberty

1. The lot requested by the company that you represent with in the Industrial Zone at Camp Liberty, has been located and approved to be only used by Advance Future Group (Tenant).

2. The grids coordinates, for said lot, are:

 a. MB 2678585116
 b. MB 2686384927
 c. MB 2659184798
 d. MB 2649784978

3. **The location stated is final. This document will cancel any other previous land approved in the same location.** If the Tenant needs to increase the size of the lot, said request shall be made through and approved by our office, prior to any increase, change or addition to the lot described on paragraph # 2.

4. No improvements, construction, additions, changes to the property, etc. shall be made without previous written authorization made by the Garrison Command. If any improvements, construction, additions, changes to the property, etc. is made or started Tenant shall be responsible for any and all costs related to returning the facility to the original state as it was before said unauthorized improvements, construction, additions, changes to the property, etc. If tenant needs to make any improvements, construction, additions, changes to the property, etc. he shall notify Landlord before construction begins and shall not start any improvements, construction additions, changes to the property, etc. representative at the terrain Manager.

5. Tenant shall allow Garrison Command to perform regular facility's inspections to monitor its conditions.

6. Failure to perform the specification of the Statement of Work will result in breach of contractor and potential eviction from the installation.

7 Tenant shall ensure that all of his/her activities are in compliance with the applicable environmental requirements, regulation or legislation that may apply to their activity including, but not limited, to any provisions stating how to store hazardous materials, how to dispose of hazardous materials, what to do in the event of a spill and how to manage hazardous wastes.

AFRC-CPR-ASG-CO
SUBJECT: Approval for Temporary Authorization to Occupy/Use Land/Lot within the Industrial Zone Area, Camp Liberty

7 Tenant shall ensure that all of his/her activities are in compliance with the applicable environmental requirements, regulation or legislation that may apply to their activity including, but not limited, to any provisions stating how to store hazardous materials, how to dispose of hazardous materials, what to do in the event of a spill and how to manage hazardous wastes. Hazardous wastes and hazardous materials include all petroleum derivates and any other natural or man-made chemical or components that could have adverse impact on the life of humans or animals (including wild life and/or domestic animals).

8. Tenant will pay for any clean up procedures needed after a spill is found or that may occur in the property/land under their management and care. Garrison Command can and will conduct inspections to establish compliance with all environmental requirements, regulations or legislation that may apply to their activity including, but not limited, to the required reports on hazardous material management. If found in non compliance Garrison command will give Tenant 30 days to solve the problem and comply with all environmental requirements. If Tenants fails to comply Garrison Command may order the clean up or compliance with applicable requirements and will bill Tenant for the costs of hiring a contractor to perform the work plus a 10% fee to cover for administrative costs.

9. Any deviation or non-compliances by Tenant will result in their eviction from the complex.

10. Prior to the return to Garrison command of the facilities under tenant's custody a complete inspection (final Inspection) shall be made. If the property is damaged, altered or has missing components a Report of survey shall be conducted to establish liability. Said Report of Survey shall be conducted under provisions of AR 735-5, supra, Chapter 13 Report of Survey.

11. POC for this action is, MAJ Luis Olavarria, 166th ASG-Garrison Command DPW-Terrain Manager, DSN 318-822-3188 or Luis.Olavarria@iraq.centcom.mil .

BRUCE A. RESNAK
COL, QM
Garrison Commander

Distribution:
36th ENG BDE, LT Millar
Liberty Governor, LTC Gomez
CPATT, Mr. Parry
166th ASG/Terrain Manager, MAJ Olavarria

# Exhibit 2

ADVANCED FUTURE GROUP INTERNATIONAL
Gen. Trading & Contracting Co.

AFGI

Email: office@afg-intl.com
www.afg-intl.com

5 March 2006

Headquarters Multinational Corps Iraq
17th FA BDE Garrison Command
Building 10
Baghdad, Iraq

**Attn: Terrain Manager**

**Re: Advanced Future Group Intl. Land Contract Renewal**

Dear Sir/Maam:

Advanced Future Group Intl. (AFGI) has been provided land in Camp Liberty to construct a Maintenance Facility and Heavy equipment Wash Rack to support equipment for government and commercial customers at the following grid coordinates:

1. MB2678585116
2. MB2686384927
3. MB2659184798
4. MB2649784978

AFGI has used a portion of the land for offices to administer several running contracts AFGI has with the military. AFGI has a O&M contract with the Victory Mayor Cell and also Custodial Contract to clean the General quarters and offices in South Victory.

The current land contract is about to expire in the next couple of months and AFGI is requesting for the renewal of the land grant for another additional year.

The POC for this memo is John Lopez, Managing Director at 07901-124-7146.

Regards,

Michael Simpson
Logistics Manager

Cc: Lidia Tasic, Chief Executive Officer
John Lopez, Managing Director

ADVANCED FUTURE GROUP INTERNATIONAL



# Industrial Zone Land Allocation



UNCLASSIFIED

# Exhibit 3

**HEADQUARTERS**
**MULTI-NATIONAL CORPS IRAQ**
**17th FIELD ARTILLERY BRIGADE**
**GARRISON COMMAND**
**BAGHDAD, IRAQ**
**APO, AE 09342**

REPLY TO ATTENTION OF

AFVI-D-DPW

7 March 2006

MEMORANDUM FOR COMMANDER, 17th FA BDE, Camp Victory, Baghdad Iraq 09342

SUBJECT: Letter of Justification for Advanced Futures Group (AFG) Maintenance Area

1. PURPOSE/NEED AFG is requesting to renew their MOA for a piece of land on Camp Liberty which serves as their maintenance area.

2. IMPACT IF NOT GRANTED FACILITIES: Contractor will be unable to provide critical services to the VBC.

3. HOW IS MISSION CURRENTLY BEING ACCOMPLISHED: AFG currently operates from this location.

4. COMPLANCE WITH SAND BOOK: N/A.

5. ALTERNATIVES: There are limited alternatives in usable space for this activity.

6. METHOD OF EXECUTION: The Garrison Commander will issue a license to occupy (LTO) IAW the 17th FA BDE Garrison Command Land Request Process.

7. AT/FP: N/A

8. SITE PREP AND DEMO: None for Garrison Command. Tenant is responsible for remediation.

9. UTILITIES: Tenant is responsible for utilities coordination through Mayor Cell

10. ADDITIONAL FURNITURE OR EQUIPMENT: N/A

11. RECOMMENDATION: I recommend that the LTO is approved.

12. O&M PLAN: Tenant is responsible for O&M coordination through Mayor Cell

13. This project is in line with base camp master plan.

BETH A. BEHN
MAJ, TC
Terrain Manager

# Exhibit 4

**HEADQUARTERS**
**MULTI-NATIONAL CORPS-IRAQ**
**17th Field Artillery Brigade**
**Garrison Command**
**Baghdad, Iraq**
**APO AE 09342**

AFVI-D 7 March 2006

MEMORANDUM OF AGREEMENT
BETWEEN
THE GARRISON COMMAND
AND
Advanced Futures Group (AFG)

SUBJECT: Authorization for Usage of Land

1. REFERENCES: AR 735-5: Policies and Procedures for Property Accountability, 28 February 2005.

2. The Garrison Commander (Landlord) authorizes **AFG International** (Tenant) to occupy and use **land** on Camp Liberty for a **maintenance facility and heavy equipment wash rack.** The boundaries of the area are **MB 26785 85116, MB 26863 84927, MB 2659184798, MB 26497 84978. This document will cancel any other previous land approval.** If the Tenant needs to increase the size of the lot, said request shall be made through and approved by the Garrison Commander, prior to increase, change or addition to the lot described within this paragraph.

3. Said usage shall commence on **10 March 2006** and will be completed not later than **10 March 2007.** If any extension is required, a unit representative shall notify the Landlord not later than 90 days prior to the extension request. Failure to request extension on time may result in loss of authorization to continue using the building or plot of land. If the extension is denied, the facility / property will be vacated on the last day of the lease. **The use of facility / property must commence within 30 days of approval.**

4. Usage and occupancy of the subject property shall be commensurate with the terms and provisions of Garrison Command Policy Memo # 9, Procedures for Removing Unauthorized Tenants from Facilities and Land on Victory Base Complex, dated 12 December 2005.

5. Tenant shall appoint a Facility Manager who shall be the POC for the Landlord and who will be responsible for communicating requests for extension, work orders, and/or any other issues that the Landlord should be informed about. The Facility Manager will ensure the facility / property is utilized in accordance with its requested / intended purpose, and will ensure the serviceable upkeep of the facility / property.

6. Tenant shall allow Landlord to perform regular facilities inspections in order to monitor the conditions of said facility.

7. Tenant shall ensure that its activities on the subject plot of land are in compliance with all applicable environmental requirements, laws and regulations. The Garrison Commander may remove the Tenant from this plot of land for failure to comply with any of these environmental provisions.

8. If an operational requirement arises at any time during the course of the lease, the Garrison Commander reserves the right to reallocate the facility / property to support those changing needs.

9. The subject plot of land is granted to the tenant for **a maintenance facility and heavy equipment wash rack.** If the Tenant uses this land for any other purpose without prior authorization from the Garrison Commander, the Tenant may be removed from the property.

10. This agreement describes the terms under which the Garrison Commander grants the Tenant use of the subject property. This agreement does not add to, limit, void, or modify any contract already established between the United States Government and the Tenant.

11. POC for this action is, CPT Steven Whitesell, Terrain Manager, Camp Liberty or MAJ Beth Behn, DPW Terrain Manager, DSN 822-4723.

Tenant

(Date)

CARLTON B. REID, JR.
COL, FA
Commanding

12 MAR 07

(Date)

# Exhibit 5

**Michael Simpson**

---

**From:** HejdeD@MMCS.army.mil
**Sent:** Tuesday, November 14, 2006 11:33 PM
**To:** jc_hiett@afg-intl.com
**Cc:** wallacee@MMCS.army.mil; jess.laws@us.army.mil; iraqoffice@afg-intl.com; john@afg-intl.com; office@afg-intl.com; mike.simpson@afg-intl.com; lidia@afg-intl.com; MageeK@MMCS.army.mil; BlakeD@MMCS.army.mil
**Subject:** RE: AMC Use of AFGI Maintenance Facility

JC,
That sounds like great options for us…you nailed our needs on the head. Time is of the essence and, assuming the terms are right, we may be moving in soon. To answer your questions…yes we need the whole thing and we need it yesterday…☺

The O&M piece sounds interesting too. What do you need from us to move to the next step in this process. Please do what you need to do to move forward with a lease proposal. Thanks.

***Darrell I. Hejde***
**Civil Engineer**
**402nd AFSB**
**APO AE 09391**
**Comm: 732-427-0567 Opt 1 Ext 6454#**
**DSN: 312-987-0567 Opt 1 Ext 6454#**

---

**From:** JC Hiett [mailto:jc_hiett@afg-intl.com]
**Sent:** Tuesday, November 14, 2006 10:38 AM
**To:** Hejde, Darrell
**Cc:** Wallace, EC LTC, AMC LSE 4th ID; Laws Mr. Jess (AMC LSE MND-B); (AFGI) Iraq Office; (AFGI) John Lopez; (AFGI ) Kuwait Office; (AFGI) Mike Simpson; (AFGI) Lidia Tasic
**Subject:** AMC Use of AFGI Maintenance Facility

**Mr. Hejde,**

**I walked LTC Wallace and Mr. Laws through the facility yesterday. The facility is constructed, functional, and in use by AFGI at this point. We have lights and electricity in the building run off of a very small generator set. It does not have heat of A/C at this point. We have refrained from making any modifications or additions to the basic structure pending locating another customer for the facility and working to satisfy any unique requirements they might have.**

**Based on my discussions with LTC Wallace and Mr. Laws, I seen the following requirements initially to get the facility up and ready for operational use by AMC:**

**1. Install larger generator set(s) with fuel tank to provide and meet the electrical power requirements. Will need assistance from AMC to determine electrical load and size power generation accordingly.**
**2. Provide additional interior lighting to enhance operations and facilitate 24 hour operations**
**3. Provide air compressors and sufficient compressed air drops throughout the facility to conduct operations.**

4. Exterior gravel for bay entrances and parking lot areas.

To facilitate a contract and long-term commitment for use of the AFGI facility AFGI can begin the lighting and compressed air distribution very quickly. We would also request as part of any future contract the consideration of AFGI to provide O&M services, fuel, generator maintenance, and site security. We also need to know if AMC desires to occupy the complete facility and what the AMC timeline is for the use of the facility in order facilitate completion of the above requirements.

Follow-on additions and modifications can include:
1. Addition of heating and A/C.
2. Operation and use of the AFGI wash rack.
3. Configuration and construction of the mezzanine are for use as office space.
4. Installation of latrine facilities.
4. Possible additional land on which to establish an LSA for AMC personnel.

Very Respectfully,
*JC Hiett*
Director of Operations- Iraq
Advanced Future Group Intl. (AFGI)
Iraqna Cell: 0790-252-9018
Iraq Office: iraqoffice@afg-intl.com
Kuwait Office: +965 574-9416
Web Site: www.afg-intl.com

---

**From:** HejdeD@MMCS.army.mil [mailto:HejdeD@MMCS.army.mil]
**Sent:** Monday, November 13, 2006 6:14 PM
**To:** jc_hiett@afg-intl.com
**Subject:** RE: BIAP Building

Sir,

I'm based in Balad so stopping by would be hard to do right now, but we could do that soon. Our needs are for the entire building.
We need:

- A/C and heat.
- Compressed air at most/all bays
- Electrical outlets at all bays
- Lighting at each bay sufficient for vehicle maintenance

Anything above that is extra nice. Things like:

- Vehicle wash rack
- O&M contract
- Restroom facilities
- Etc

Our biggest concern is the timing of this process. We are about 2 months behind right now and need to be in there yesterday…

Please let me know what you want me to do next to make this happen.

***Darrell I. Hejde***
**Civil Engineer**
**402nd AFSB**
**APO AE 09391**
**Comm: 732-427-0567 Opt 1 Ext 6454#**
**DSN: 312-987-0567 Opt 1 Ext 6454#**

**Michael Simpson**

---

**From:** HejdeD@MMCS.army.mil
**Sent:** Monday, November 13, 2006 6:14 PM
**To:** jc_hiett@afg-intl.com
**Subject:** RE: BIAP Building
**Follow Up Flag:** Follow up
**Flag Status:** Flagged

Sir,

I'm based in Balad so stopping by would be hard to do right now, but we could do that soon. Our needs are for the entire building.
We need:

- A/C and heat.
- Compressed air at most/all bays
- Electrical outlets at all bays
- Lighting at each bay sufficient for vehicle maintenance

Anything above that is extra nice. Things like:

- Vehicle wash rack
- O&M contract
- Restroom facilities
- Etc

Our biggest concern is the timing of this process. We are about 2 months behind right now and need to be in there yesterday…

Please let me know what you want me to do next to make this happen.

***Darrell I. Hejde***
**Civil Engineer**
**402nd AFSB**
**APO AE 09391**
**Comm: 732-427-0567 Opt 1 Ext 6454#**
**DSN: 312-987-0567 Opt 1 Ext 6454#**

---

**From:** JC Hiett [mailto:jc_hiett@afg-intl.com]
**Sent:** Monday, November 13, 2006 5:59 PM
**To:** Hejde, Darrell
**Subject:** RE: BIAP Building

**Mr. Hejde,**

**When would you like to get together and discuss any AMC unique requirements for the building?? My contact information is below and I can be available at your convenience.**

Very Respectfully,
*JC Hiett*
Director of Operations- Iraq

Advanced Future Group Intl. (AFGI)
Iraqna Cell: 0790-252-9018
Iraq Office: **iraqoffice@afg-intl.com**
Kuwait Office: +965 574-9416
Web Site: *www.afg-intl.com*

-----Original Message-----
From: HejdeD@MMCS.army.mil [mailto:HejdeD@MMCS.army.mil]
Sent: Monday, November 13, 2006 4:51 PM
To: jc_hiett@afg-intl.com
Cc: wallacee@MMCS.army.mil
Subject: BIAP Building

Sir,
I am the Civil Engineer and Facilities Manager for the 402nd AFSB (AMC) in Iraq. We are very interested in your Pre-Engineered building near the burn pit at Victory Base Camp. I understand that LTC Wallace (our LSE Commander) contacted you today. I would like to know your lease terms for a minimum 1 year lease with 3 option years. I also need to know how soon we could take occupancy of the facility and its current configuration (air, power, pneumatics, etc) Thank you for your time. We are anxious to move a new...critical mission into this building.

Darrell I. Hejde
Civil Engineer
402nd AFSB
APO AE 09391
Comm: 732-427-0567 Opt 1 Ext 6454#
DSN: 312-987-0567 Opt 1 Ext 6454#

# Exhibit 6

ADVANCED FUTURE GROUP INTL. AFGI General Trading & Contracting Co.

21 November 2006

**Army Material Command (AMC),**
**AMC LSE MND-B,**
**Camp Victory, Baghdad, Iraq**

**ATTN: Darrell Hejde**

**SUBJECT: AFGI Proposal for Lease of Maintenance Facility**

1. **BACKGROUND:** Advanced Future Group International (**AFGI**) General Trading and Contracting Company is pleased to submit our proposal for the lease of the AFGI maintenance facility located at Camp Liberty. AFGI is a Service and O&M support contractor located at Camp Liberty, Baghdad, Iraq. We have, and continue to provide a broad range of services to the US Military, KBR, Parsons, and commercial customers working in support of the Coalition Forces in Iraq. AFGI has been provided approximately 61,000 meters$^2$ of land in the Industrial Zone at Camp Liberty from which to support these activities. AFGI has constructed and completed a **Maintenance Facility** at this location which is available for use by the military.

a. The AFGI Maintenance Facility ***is available for immediate use***.

b. The maintenance facility has a surface area occupies approximately 2880 meters$^2$. The maintenance facility concrete surface is constructed of 25cm thick reinforced concrete and is capable of supporting loads up to 90 tons.

c. The design includes 18 open drive-in style maintenance bays (8m X 18M).

d. The design includes 2 bays (16m x 16m) suitable for the construction of offices and parts or equipment storage in additional to the maintenance bays.

2. **AFGI PROPOSAL:** AFGI desires to enter into an agreement with the military and make the AFGI Maintenance Facility available for the exclusive use of the Army Material Command (AMC) pursuant to an appropriately executed contract. As part of the proposed contract, AFGI will provide the following:

   a. AFGI will provide one maintenance facility located on the land area designated for AFGI usage.
   b. AFGI will power generation equipment sized to meet the military power requirements. AFGI will furnish 220V outlets for each bay area.

ADVANCED FUTURE GROUP INTL. AFGI General Trading & Contracting Co.

c. AFGI will furnish the facility with 56 high intensity bay lights capable of providing sufficient lighting to meet the military requirements of the facility.

d. AFGI will furnish the facility with two (256 CFM) electric compressors and a total of 60 compressed air outlet located throughout the facility bay areas.

e. AFGI will furnish the facility with an appropriately sized HVAC system to maintain climate control within the facility.

f. AFGI will furnish exterior gravel for bay entrances and parking lot areas

g. AFGI will provide AMC military personnel unlimited access to the facility.

h. AFGI will provide O&M services to maintain the electrical and mechanical systems (Air Compressors, Generators and HVAC system) to include general maintenance of the facility to ensure all systems is operational 24 hours a day 7 days a week. The O&M covers normal wear and tear but does not include any damage caused to the facility beyond fair wear and tear. A damaged report will have to be submitted to AFGI management to evaluate the damage and provide the COR with an estimate to repair the damaged.

3. Life Support: US Government to provide full life support consisting of food, water, ice, fuel and travel support for AFGI Management (12 personnel).

4. Please contact Lidia Tasic, CEO, lidia@afg-intl.com or John Lopez, General Manager, john@afg-intl.com for more information.

Very Respectfully,

**Original Signed///**

**Lidia Tasic**
**Chief Executive Officer**
**Advanced Future Group International**

| **Offeror Information:** | |
|---|---|
| **Advanced Future Group International**<br>Salem Al Mubarak Street<br>PO BOX 6862 Salmiya<br>Zip Code 22079 Kuwait<br>Tel # +965-574-9416<br>Fax # +965-574-9417 | **DUNS: 534713995**<br><br>**NCAGE: SAJ44** |
| **POCs:** Lidia Tasic, CEO, lidia@afg-intl.com<br>John Lopez, General Manager, john@afg-intl.com<br>JC Hiett, Director of Operations (Iraq) jc_hiett@afg-intl.com<br>**Kuwait Office:** office@afg-intl.com **Iraq Office:** iraqoffice@afg-intl.com | |

ADVANCED FUTURE GROUP INTL. AFGI General Trading & Contracting Co.

## Pricing Schedule

LEASE (BASE + 3 OPTION YEARS)

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 0001 | Base Year | 12 | MONTHS | $ 87,800 | $1,053,600 |
| | **Supplies: Lease of AFGI Maintenance Facility**<br>AFGI to provide all the facilities as described in the terms of reference. The facility consists of 18 maintenance bays (8m x 18m) with two bays with a mezzanine (16m x 16m) for spare parts/tool room and office space. Bay lighting consists of 56-400 W metal halide fixtures spaced throughout the building to provide sufficient lighting for maintenance operations. The mechanical systems consists of 1- 256 CFM air compressor with 1000 liter receiving tank and inline air filters at each end of the facility, 60 air drops, 2- 500 Kva generators with a 1000 liter external fuel tank and AC & Heat system. Exterior gravel for bay entrances and parking lot areas<br><br>AFGI will provide O&M services to maintain the electrical and mechanical systems (Air Compressors, Generators and HVAC system) to include general maintenance of the facility to ensure all systems is operational 24 hours a day 7 days a week. | | | | |
| | | | Base Year | NET AMT | $1,053,600 |

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 0001A | 1ST OPTION YEAR | 12 | MONTHS | $76,500 | $918,000 |
| | **Supplies: Lease of AFGI Maintenance Facility**<br>AFGI to provide all the facilities as described in the terms of reference consisting of 18 maintenance bays (8m x 18m) with two bays with a mezzanine (16m x 16m) for spare parts/tool room and office space. | | | | |
| | | | 1ST OPTION YEAR | NET AMT | $918,000 |

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 0001B | 2ND OPTION YEAR | 12 | MONTHS | $64,000 | $768,000 |
| | **Supplies: Lease of AFGI Maintenance Facility**<br>AFGI to provide all the facilities as described in the terms of reference consisting of 18 maintenance bays (8m x 18m) with two bays with a mezzanine (16m x 16m) for spare parts/tool room and office space. | | | | |
| | | | 2ND OPTION YEAR | NET AMT | $768,000 |

ADVANCED FUTURE GROUP INTL. AFGI General Trading & Contracting Co.

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 0001C | 3RD OPTION YEAR | 12 | MONTHS | $52,600 | $631,200 |
| | **Supplies: Lease of AFGI Maintenance Facility** AFGI to provide all the facilities as described in the terms of reference. consisting of 18 maintenance bays (8m x 18m) with two bays with a mezzanine (16m x 16m) for spare parts/tool room and office space. | | | | |
| | | | 3RD OPTION YEAR | NET AMT | $631,200 |

## LEASE/PURCHASE OPTION

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 0002 | Base Year | 12 | MONTHS | $ 87,800 | $1,053,600 |
| | **Supplies: Lease of AFGI Maintenance Facility** AFGI to provide all the facilities as described in the terms of reference. The facility consists of 18 maintenance bays (8m x 18m) with two bays with a mezzanine (16m x 16m) for spare parts/tool room and office space. Bay lighting consists of 56-400 W metal halide fixtures spaced throughout the building to provide sufficient lighting for maintenance operations. The mechanical systems consists of 1- 256 CFM air compressor with 1000 liter receiving tank and inline air filters at each end of the facility, 60 air drops, 2- 500 Kva generators with a 1000 liter external fuel tank and AC & Heat system. Exterior gravel for bay entrances and parking lot areas | | | | |
| | | | Base Year | NET AMT | $1,053,600 |

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 0002A | 1ST OPTION YEAR | 12 | MONTHS | $76,500 | $918,000 |
| | **Supplies: Lease of AFGI Maintenance Facility** AFGI to provide all the facilities as described in the terms of reference consist of 18 maintenance bays (8m x 18m) with two bays with a mezzanine (16m x 16m) for spare parts/tool room and office space. | | | | |
| | | | 1ST OPTION YEAR | NET AMT | $918,000 |

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 0002B | PURCHASE OPTION | 1 | LOT | $1,083,600 | $1,083,600 |
| | **Supplies: Lease of AFGI Maintenance Facility** AFGI to provide all the facilities as described in the terms of reference consists of 18 maintenance bays (8m x 18m) with two bays with a mezzanine (16m x 16m) for spare parts/tool room and office space. | | | | |
| | | | PURCHASE OPTION | NET AMT | $1,083,600 |

ADVANCED FUTURE GROUP INTL. AFGI General Trading & Contracting Co.

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 0003 | WASH RACK LEASE | 12 | MONTHS | $23,100 | $277,000 |
| | **Supplies: Lease of AFGI Wash Rack**<br>AFGI will lease furnish all labor, material and equipment to maintain & operate the Heavy Equipment Wash Rack (HEWR) 24 hours a day which includes 360,000 gallons or water per month, 10 flat wash points with two water outlets per point for washing vehicles by pressure washer or high pressure pumps per point, Waste Water Treatment System complaint with VBC Environmental Policy to handle treated contaminated water. | | | | |
| | | | WASH RACK LEASE | NET AMT | $277,000 |

**Michael Simpson**

---

**From:** HejdeD@MMCS.army.mil
**Sent:** Monday, November 20, 2006 11:41 PM
**To:** mike.simpson@afg-intl.com
**Subject:** RE: Proposal for AMC US of AFGI Maintenance Facility

**Michael,**
**Who did you meet with at AMC?**

*Darrell I.Hejde*
**AFSB-IZ Engineer**
**Dimensions International**
**APO AE 09391**
**hejded@mmcs.army.mil**

---

**From:** Michael Simpson [mailto:mike.simpson@afg-intl.com]
**Sent:** Monday, November 20, 2006 9:39 PM
**To:** Hejde, Darrell
**Cc:** lidia@afg-intl.com; john@afg-intl.com; jc_hiett@afg-intl.com
**Subject:** RE: Proposal for AMC US of AFGI Maintenance Facility

Mr. Hejde,

Please find out answers to your questions below:

1. The lease price does not include O&M for the facility. We have revised our offer to include the O&M services for the general maintenance that includes the generators, air compressors and HVAC Systems.
2. We will construct a fence next to the road to separate the LN and maintenance facility
3. At this time we are not considering a 6 months lease for the facility.
4. At this time we are not considering selling the facility.
5. We have revised our offer to include a lease purchase option and have attached the revised offer.

The previous offer did not include O&M for the facility and lease of the wash rack. We have revised the offer for the requirements based on the meeting today at our Iraq office and included life support for AFGI management which consist of 12 personnel. The offer does not include the configuration for the office/spare parts/tool room areas.

The revised offer includes the lease (includes O&M) for the wash rack area. It includes the land around the maintenance facility up to the road is for AMC use (except for a certain portion in front of the wash rack). It includes O&M services for the maintenance facility which includes maintaining the air compressors, generators, HVAC system, general building maintenance, furnishing and maintaining two AB units (according to the attached layouts), furnishing and maintaining 4 Amida light towers for AMC use, additional security personnel, and constructing a fence for a 12 month period.

The O&M covers normal wear and tear but does not include any damage caused beyond fair wear and tear. Any excessive damaged to the facility will have to submitted in writing to AFGI management. AFGI will access the damage and provide the COR with an estimate to repair the damaged.

.ı the meeting today the AMC personnel needs the facility to be operational on 1 December. In order

to meet this deadline we will have to start purchasing the generators and air compressors immediately. ter receiving the notice to proceed we will expedite the delivery of the generators and air compressors to meet the deadline.

We look forward to supporting your requirements and let me know if you need any clarifications of the revised offer.

Michael Simpson
**Operation Manager**

Advanced Future Group International
**Office: +965-5749416**
**Fax: +965- 5749417**
**Mobile: +965-711-0701**
**IraqNa: +964-790-265-3057**
**Email: mike.simpson@afg-intl.com**
**Web Site: www.afg-intl.com**

***Performance, Commitment, Trust....***

---

**From:** HejdeD@MMCS.army.mil [mailto:HejdeD@MMCS.army.mil]
**Sent:** Monday, November 20, 2006 11:35 AM
**To:** mike.simpson@afg-intl.com
: lidia@afg-intl.com; john@afg-intl.com; jc_hiett@afg-intl.com
**Subject:** RE: Proposal for AMC US of AFGI Maintenance Facility

**Micheal,**

**I sent this to the people you listed in your quote:**

**I am receipt of a lease price quote for your large metal building located on the Victory Base Camp. I have a few questions for you.**

1. **Does this lease price include O&M for the year?**
2. **Will there be a fence constructed between the LN camp and the facility?**
3. **Would you consider a 6 month lease with 6 month options...if so what would be the six month cost be?**
4. **What would be your selling price if we had you configure it the same and purchased it from you?**
5. **Would you consider a lease/purchase agreement (lease with the option to buy)**

**Thank you for your time and quick answers. Based on your answers, we should have an answer for you in the next day or so.**

***Darrell I. Hejde***
**Civil Engineer**
**402nd AFSB**
**APO AE 09391**
**mm: 732-427-0567 Opt 1 Ext 6454#**

**DSN: 312-987-0567 Opt 1 Ext 6454#**

---

**From:** Michael Simpson [mailto:mike.simpson@afg-intl.com]
**Sent:** Monday, November 20, 2006 2:41 AM
**To:** Hejde, Darrell
**Cc:** '(AFGI) Lidia Tasic'; '(AFGI) John Lopez'; 'JC Hiett'
**Subject:** Proposal for AMC US of AFGI Maintenance Facility

Mr. Hejde,

Please find our attached offer for the lease of our maintenance facility at VBC. Please let me know if you have any questions or need any clarifications and I hope our proposal meets your requirements.

Regards,

Michael Simpson
**Operation Manager**

Advanced Future Group International
**Office: +965-5749416**
**Fax: +965- 5749417**
**Mobile: +965-711-0701**
**IraqNa: +964-790-265-3057**
**Email: mike.simpson@afg-intl.com**
**Web Site: www.afg-intl.com**

***Performance, Commitment, Trust....***

ADVANCED FUTURE GROUP INTL. AFGI General Trading & Contracting Co.

**20 November 2006**

**Army Material Command (AMC),**
**AMC LSE MND-B,**
**Camp Victory, Baghdad, Iraq**

**ATTN: Darrell Hejde**

**SUBJECT: AFGI Proposal for Lease of Maintenance Facility**

1. **BACKGROUND:** Advanced Future Group International (**AFGI**) General Trading and Contracting Company is pleased to submit our proposal for the lease of the AFGI maintenance facility located at Camp Liberty. AFGI is a Service and O&M support contractor located at Camp Liberty, Baghdad, Iraq. We have, and continue to provide a broad range of services to the US Military, KBR, Parsons, and commercial customers working in support of the Coalition Forces in Iraq. AFGI has been provided approximately 61,000 $meters^2$ of land in the Industrial Zone at Camp Liberty from which to support these activities. AFGI has constructed and completed a **Maintenance Facility** at this location which is available for use by the military.

a. The AFGI Maintenance Facility ***is available for immediate use.***

b. The maintenance facility has a surface area occupies approximately 2880 $meters^2$. The maintenance facility concrete surface is constructed of 25cm thick reinforced concrete and is capable of supporting loads up to 90 tons.

c. The design includes 18 open drive-in style maintenance bays (8m X 18M).

d. The design includes 2 bays (16m x 16m) suitable for the construction of offices and parts or equipment storage in additional to the maintenance bays.

2. **AFGI PROPOSAL:** AFGI desires to enter into an agreement with the military and make the AFGI Maintenance Facility available for the exclusive use of the Army Material Command (AMC) pursuant to an appropriately executed contract. As part of the proposed contract, AFGI will provide the following:

   a. AFGI will provide one maintenance facility located on the land area designated for AFGI usage.

   b. AFGI will power generation equipment sized to meet the military power requirements. AFGI will furnish 220V outlets for each bay area.

ADVANCED FUTURE GROUP INTL. AFGI General Trading & Contracting Co.

c. AFGI will furnish the facility with 56 high intensity bay lights capable of providing sufficient lighting to meet the military requirements of the facility.

d. AFGI will furnish the facility with two (256 CFM) electric compressors and a total of 60 compressed air outlet located throughout the facility bay areas.

e. AFGI will furnish the facility with an appropriately sized HVAC system to maintain climate control within the facility.

f. AFGI will furnish exterior gravel for bay entrances and parking lot areas

g. AFGI will provide AMC military personnel unlimited access to the facility.

3. We are available to provide additional information, tours of existing facilities, or to discuss additional facility options to meet military requirements for a maintenance facility. Please contact Lidia Tasic, CEO, lidia@afg-intl.com or John Lopez, General Manager, john@afg-intl.com for more information.

Very Respectfully,

**Original Signed///**

**Lidia Tasic**
**Chief Executive Officer**
**Advanced Future Group International**

| **Offeror Information:** | |
|---|---|
| **Advanced Future Group International**<br>Salem Al Mubarak Street<br>PO BOX 6862 Salmiya<br>Zip Code 22079 Kuwait<br>Tel # +965-574-9416<br>Fax # +965-574-9417 | **DUNS: 534713995**<br><br>**NCAGE: SAJ44** |
| **POCs:** Lidia Tasic, CEO, lidia@afg-intl.com<br>John Lopez, General Manager, john@afg-intl.com<br>JC Hiett, Director of Operations (Iraq) jc_hiett@afg-intl.com<br>**Kuwait Office:** office@afg-intl.com **Iraq Office:** iraqoffice@afg-intl.com | |

ADVANCED FUTURE GROUP INTL. AFGI General Trading & Contracting Co.

## Pricing Schedule

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 0001 | Base Year | 12 | MONTHS | $ 87,800 | $1,053,600 |
| | **Supplies: Lease of AFGI Maintenance Facility** AFGI to provide all the facilities as described in the terms of reference. The facility consists of 18 maintenance bays (8m x 18m) with two bays with a mezzanine (16m x 16m) for spare parts/tool room and office space. Bay lighting consists of 56-400 W metal halide fixtures spaced throughout the building to provide sufficient lighting for maintenance operations. The mechanical systems consists of 1- 256 CFM air compressor with 1000 liter receiving tank and inline air filters at each end of the facility, 60 air drops, 2- 500 Kva generators with a 1000 liter external fuel tank and AC & Heat system. Exterior gravel for bay entrances and parking lot areas | | | | |
| | | | Base Year | NET AMT | $1,053,600 |

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 0001A | 1ST OPTION YEAR | 12 | MONTHS | $76,500 | $918,000 |
| | **Supplies: Lease of AFGI Maintenance Facility** AFGI to provide all the facilities as described in the terms of reference consisting of 18 maintenance bays (8m x 18m) with two bays with a mezzanine (16m x 16m) for spare parts/tool room and office space. | | | | |
| | | | 1ST OPTION YEAR | NET AMT | $918,000 |

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 0001B | 2ND OPTION YEAR | 12 | MONTHS | $64,000 | $768,000 |
| | **Supplies: Lease of AFGI Maintenance Facility** AFGI to provide all the facilities as described in the terms of reference consisting of 18 maintenance bays (8m x 18m) with two bays with a mezzanine (16m x 16m) for spare parts/tool room and office space. | | | | |
| | | | 2ND OPTION YEAR | NET AMT | $768,000 |

ADVANCED FUTURE GROUP INTL. AFGI General Trading & Contracting Co.

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 0001C | 3RD OPTION YEAR | 12 | MONTHS | $52,600 | $631,200 |
| | **Supplies: Lease of AFGI Maintenance Facility** AFGI to provide all the facilities as described in the terms of reference. consisting of 18 maintenance bays (8m x 18m) with two bays with a mezzanine (16m x 16m) for spare parts/tool room and office space. | | | | |
| | | | 3RD OPTION YEAR | NET AMT | $631,200 |

ADVANCED FUTURE GROUP INTL. AFGI General Trading & Contracting Co.

**20 November 2006**

**Army Material Command (AMC),**
**AMC LSE MND-B,**
**Camp Victory, Baghdad, Iraq**

**ATTN: Darrell Hejde**

**SUBJECT: AFGI Proposal for Lease of Maintenance Facility**

1. **BACKGROUND:** Advanced Future Group International (**AFGI**) General Trading and Contracting Company is pleased to submit our proposal for the lease of the AFGI maintenance facility located at Camp Liberty. AFGI is a Service and O&M support contractor located at Camp Liberty, Baghdad, Iraq. We have, and continue to provide a broad range of services to the US Military, KBR, Parsons, and commercial customers working in support of the Coalition Forces in Iraq. AFGI has been provided approximately 61,000 meters$^2$ of land in the Industrial Zone at Camp Liberty from which to support these activities. AFGI has constructed and completed a **Maintenance Facility** at this location which is available for use by the military.

a. The AFGI Maintenance Facility ***is available for immediate use.***

b. The maintenance facility has a surface area occupies approximately 2880 meters$^2$. The maintenance facility concrete surface is constructed of 25cm thick reinforced concrete and is capable of supporting loads up to 90 tons.

c. The design includes 18 open drive-in style maintenance bays (8m X 18M).

d. The design includes 2 bays (16m x 16m) suitable for the construction of offices and parts or equipment storage in additional to the maintenance bays.

2. **AFGI PROPOSAL:** AFGI desires to enter into an agreement with the military and make the AFGI Maintenance Facility available for the exclusive use of the Army Material Command (AMC) pursuant to an appropriately executed contract. As part of the proposed contract, AFGI will provide the following:

   a. AFGI will provide one maintenance facility located on the land area designated for AFGI usage.

   b. AFGI will power generation equipment sized to meet the military power requirements. AFGI will furnish 220V outlets for each bay area.

ADVANCED FUTURE GROUP INTL. AFGI General Trading & Contracting Co.

c. AFGI will furnish the facility with 56 high intensity bay lights capable of providing sufficient lighting to meet the military requirements of the facility.

d. AFGI will furnish the facility with two (256 CFM) electric compressors and a total of 60 compressed air outlet located throughout the facility bay areas.

e. AFGI will furnish the facility with an appropriately sized HVAC system to maintain climate control within the facility.

f. AFGI will furnish exterior gravel for bay entrances and parking lot areas

g. AFGI will provide AMC military personnel unlimited access to the facility.

3. Life Support: US Government to provide full life support consisting of food, water, ice, fuel and travel support for AFGI Management (12 personnel).

4. Please contact Lidia Tasic, CEO, lidia@afg-intl.com or John Lopez, General Manager, john@afg-intl.com for more information.

Very Respectfully,

**Original Signed///**

**Lidia Tasic**
**Chief Executive Officer**
**Advanced Future Group International**

| **Offeror Information:** | |
|---|---|
| **Advanced Future Group International**<br>Salem Al Mubarak Street<br>PO BOX 6862 Salmiya<br>Zip Code 22079 Kuwait<br>Tel # +965-574-9416<br>Fax # +965-574-9417 | **DUNS: 534713995**<br><br>**NCAGE: SAJ44** |
| **POCs:** Lidia Tasic, CEO, lidia@afg-intl.com<br>John Lopez, General Manager, john@afg-intl.com<br>JC Hiett, Director of Operations (Iraq) jc_hiett@afg-intl.com<br>**Kuwait Office:** office@afg-intl.com **Iraq Office:** iraqoffice@afg-intl.com | |

ADVANCED FUTURE GROUP INTL. AFGI General Trading & Contracting Co.

## Pricing Schedule

LEASE (BASE + 3 OPTION YEARS)

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 0001 | Base Year | 12 | MONTHS | $ 87,800 | $1,053,600 |
| | **Supplies: Lease of AFGI Maintenance Facility** AFGI to provide all the facilities as described in the terms of reference. The facility consists of 18 maintenance bays (8m x 18m) with two bays with a mezzanine (16m x 16m) for spare parts/tool room and office space. Bay lighting consists of 56-400 W metal halide fixtures spaced throughout the building to provide sufficient lighting for maintenance operations. The mechanical systems consists of 1- 256 CFM air compressor with 1000 liter receiving tank and inline air filters at each end of the facility, 60 air drops, 2- 500 Kva generators with a 1000 liter external fuel tank and AC & Heat system. Exterior gravel for bay entrances and parking lot areas | | | | |
| | | | Base Year | NET AMT | $1,053,600 |

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 0001A | 1ST OPTION YEAR | 12 | MONTHS | $76,500 | $918,000 |
| | **Supplies: Lease of AFGI Maintenance Facility** AFGI to provide all the facilities as described in the terms of reference consisting of 18 maintenance bays (8m x 18m) with two bays with a mezzanine (16m x 16m) for spare parts/tool room and office space. | | | | |
| | | | 1ST OPTION YEAR | NET AMT | $918,000 |

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 0001B | 2ND OPTION YEAR | 12 | MONTHS | $64,000 | $768,000 |
| | **Supplies: Lease of AFGI Maintenance Facility** AFGI to provide all the facilities as described in the terms of reference consisting of 18 maintenance bays (8m x 18m) with two bays with a mezzanine (16m x 16m) for spare parts/tool room and office space. | | | | |
| | | | 2ND OPTION YEAR | NET AMT | $768,000 |

ADVANCED FUTURE GROUP INTL. AFGI General Trading & Contracting Co.

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 0001C | 3RD OPTION YEAR | 12 | MONTHS | $52,600 | $631,200 |
| | **Supplies: Lease of AFGI Maintenance Facility** AFGI to provide all the facilities as described in the terms of reference. consisting of 18 maintenance bays (8m x 18m) with two bays with a mezzanine (16m x 16m) for spare parts/tool room and office space. | | | | |
| | | | 3RD OPTION YEAR | NET AMT | $631,200 |

**LEASE/PURCHASE OPTION**

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 0002 | Base Year | 12 | MONTHS | $ 87,800 | $1,053,600 |
| | **Supplies: Lease of AFGI Maintenance Facility** AFGI to provide all the facilities as described in the terms of reference. The facility consists of 18 maintenance bays (8m x 18m) with two bays with a mezzanine (16m x 16m) for spare parts/tool room and office space. Bay lighting consists of 56-400 W metal halide fixtures spaced throughout the building to provide sufficient lighting for maintenance operations. The mechanical systems consists of 1- 256 CFM air compressor with 1000 liter receiving tank and inline air filters at each end of the facility, 60 air drops, 2- 500 Kva generators with a 1000 liter external fuel tank and AC & Heat system. Exterior gravel for bay entrances and parking lot areas | | | | |
| | | | Base Year | NET AMT | $1,053,600 |

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 0002A | 1ST OPTION YEAR | 12 | MONTHS | $76,500 | $918,000 |
| | **Supplies: Lease of AFGI Maintenance Facility** AFGI to provide all the facilities as described in the terms of reference consist of 18 maintenance bays (8m x 18m) with two bays with a mezzanine (16m x 16m) for spare parts/tool room and office space. | | | | |
| | | | 1ST OPTION YEAR | NET AMT | $918,000 |

ADVANCED FUTURE GROUP INTL. AFGI General Trading & Contracting Co.

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 0002B | PURCHASE OPTION | 1 | LOT | $1,083,600 | $1,083,600 |
| | **Supplies: Lease of AFGI Maintenance Facility** AFGI to provide all the facilities as described in the terms of reference consists of 18 maintenance bays (8m x 18m) with two bays with a mezzanine (16m x 16m) for spare parts/tool room and office space. | | | | |
| | | | PURCHASE OPTION | NET AMT | $1,083,600 |

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 0003 | WASH RACK LEASE | 12 | MONTHS | $23,100 | $277,000 |
| | **Supplies: Lease of AFGI Wash Rack** AFGI will lease furnish all labor, material and equipment to maintain & operate the Heavy Equipment Wash Rack (HEWR) 24 hours a day which includes 360,000 gallons or water per month, 10 flat wash points with two water outlets per point for washing vehicles by pressure washer or high pressure pumps per point, Waste Water Treatment System complaint with VBC Environmental Policy to handle treated contaminated water. | | | | |
| | | | WASH RACK LEASE | NET AMT | $277,000 |

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 0004 | **O& M SERVICES** | 12 | MONTHS | $49,020 | $588,240 |
| | **Supplies: O& M Services** AFGI will provide O&M services to maintain the electrical and mechanical systems (Air Compressors, Generators and HVAC system) to include general maintenance of the facility to ensure all systems is operational 24 hours a day 7 days a week.<br><br>AFGI will furnish and provide O&M services for 2 latrines (se attached layout for one male & one female latrine) to accommodate 150 military & contractor personnel. AFGI cleaning crews shall clean all latrines **twice daily** and supply the latrine with paper towels and anti- bacterial hand soap and ensure supplies does not run out.<br><br>AFGI will furnish and provide O&M services for 4 Amida light towers for AMC use. AFGI will maintain the units to ensure they are operational 24 hours a day and 7 days. AFGI will furnish additional security personnel to control the access 24 hours a day in and out of the site area.<br><br>AFGI will furnish construct a fence next to the road to secure the site from the LN Camp. | | | | |
| | | | **O& M SERVICES** | NET AMT | $588,240 |

# Exhibit 7

**HEADQUARTERS**
**JOINT CONTRACTING COMMAND-IRAQ/AFGHANISTAN**
**APO AE 09348**

27 November 2006

MEMORANDUM FOR Advanced Future Group International

SUBJECT: Contractor-Constructed Facilities

1. REFERENCES: Coalition Provisional Authority Order Number 17 (Revised)
Federal Acquisition Regulation
Army Regulation 735-5: Policies and Procedures for Property Accountability, 28 February 2005

2. The United States Government has determined that operational requirements for the use of land provided under a memorandum of agreement dated 7 March 2006 between the Garrison Command and Advanced Future Group for use for a maintenance facility and heavy equipment wash rack have changed. ~~It is the Government's intent to utilize the land and building to support these changing needs.~~

3. The subject property boundaries are MB 26785 85116, MB 26863 84927, MB26591 84798, MB 26497 84978.

4. We understand that Advance Futures Group constructed a building on the Victory property. We request that you to explain the history behind the construction of the building, provide any applicable MOAs/other agreements, and identify any contracts it was constructed under, and state which current or future contracts the building supports. To facilitate our mission, we request the information as soon as possible (no later than 30 November 06.)

5. The point of contract for this action is TSgt Roux at 823-3261.

GREGORY S. GREEN
MAJ, MI
Chief of Contracting

CF:
JCC-I/A Legal
VBC Garrison Command
Provost Marshal

Vendor acknowledgement

Signature Date: 28 Nov 06

J.C. Hiett
Printed Name

# Exhibit 8

**ADVANCED FUTURE GROUP INTERNATIONAL**
**General Trading and Contracting Company**
Email: iraqoffice@afg-intl.com
Web Site : www.afg-intl.com

**30 November 2006**

**MEMORANDUM FOR:** Joint Contracting Command – Iraq/ Afghanistan, Camp Victory, Baghdad, Iraq, APO AE 09342

**SUBJECT:** Response – Contractor Constructed Facility

1. REFERENCE: JCC-I/A Memorandum, Dated 27 November 2006, Subject: Contractor-Constructed Facilities

2. The above reference informed Advance Future Group International (AFGI) of the Government's intent to utilize the land and the AFGI maintenance facility to support the military's needs. The above reference also directed AFGI provide the following information not later than 30 November 2006:

   a) History behind the construction of the building,
   b) Provide any applicable MOA/other agreements,
   c) Identify any contracts that it was constructed under,
   d) State which current or future contracts the building supports.

3. The information requested in a, b, and d above is provided in attachments 1 through 4 to this document. In response to paragraph c above the following is provided. The AFGI maintenance facility was constructed by AFGI to support its own internal operations and requirements. It was privately constructed utilizing AFGI resources. The facility was not constructed under any contract with the military.

4. If you have any other information requirements or questions please contact the following POCs: Lidia Tasic, CEO, lidia@afg-intl.com, John Lopez, General Manager, john@afg-intl.com, or Michael Simpson. Operations Manager, mike.simpson@afg-intl.com.

Michael Simpson
Operations Manager
Advanced Future group International

ATTACHMENTS:
1 – AFGI Maintenance Facility Chronology
2 – Applicable MOAs
3 – List of past and current contracts
4 – List of KBR POs

# Exhibit 9

**HEADQUARTERS**
**1ST CAVALRY DIVISION**
**38th DISCOM, TF INDY**
**Garrison Command**
**BAGHDAD, IRAQ**
**APO AE 09342**

AFVI-D

7 December 2006

MEMORANDUM FOR AFGI, Attn: Ms Lidia Tasic, CEO Advanced Future Group Intl.

SUBJECT: Reallocation of Land under Current MOA

1. Operational requirements have arisen that require the Garrison Command to reallocate a portion of the property you currently occupy under your current MOA dated 7 March 2006. These changing operational needs require the U.S. Government to occupy the portion of the land that includes the warehouse that is affixed to the land. This letter shall serve as notice that we intend to occupy the land not later than midnight on 8 December 2006.

2. This reallocation of land to meet operational needs has been memorialized in a new Memorandum of Agreement for Land Usage dated 5 December 2006, which was delivered to you on 5 December 2006 and is also included as an attachment to this memorandum. This reallocation is being executed pursuant to paragraph 8 of your existing Memorandum of Agreement granting you usage of the land.

3. We will provide whatever assistance we can in filing a claim for an equitable adjustment for the building. You are also invited to bid on the contract we will soon be soliciting to make improvements to the land and/or building.

4. The point of contact is LTC David H. Babb cell 0790 193 1760, david.babb@iraq.centcom.mil

MARJORIE K. COURTNEY
COL, QM
Commanding

Encl
Memorandum of Agreement for Land Usage dated 5 December 2006

# Exhibit 10

ADVANCED FUTURE GROUP INTERNATIONAL
Gen. Trading & Contracting Co.

AFGI

Email: office@afg-intl.com
www.afg-intl.com

1 November 2006

***Kellogg Brown & Root (KBR)***
LOGCAP Headquarters Building
Camp Victory South, Baghdad, Iraq
APO AE 09342

**ATTN: Mr. Edward Oertli**

Subject: Proposal to Provide Generator Mechanics and Maintenance Services

1. The purpose of this document is to provide an unsolicited proposal to Kellogg, Brown & Root in Baghdad Iraq concerning generator mechanics and generator maintenance and overhaul.

2. AFGI is aware of a shortfall of trained and certified generator mechanics available to KBR to conduct the routine required preventive maintenance, services, and checks required to keep the numerous KBR/Government owned generators operational and Fully Mission Capable (FMC). AFGI would like to pursue a proposal to provide fully trained and certified generators mechanics, on a contract basis, to KBR to meet the operational requirements to maintain your generators. AFGI has available, or can make available within a very short period of time, trained and certified generator mechanics and technicians who are qualified to work on a wide variety of generators ranging in size from 300kVA to more than 2000kVA. These personnel will have the technical capability to perform all routine and preventive maintenance operations.

3. Additionally, as you are well aware, AFGI has almost completed construction of our premiere maintenance facility located at Camp Liberty. As a complementary aspect of this proposal we would like to pursue offering complete tear-down and overhaul services for KBR generators at these facilities.

4. We can also provide options for the procurement of both repair parts and consumables. AFGI has demonstrated the capability to KBR to provide both repair parts and consumables and can continue to do so. Alternatively, if KBR has existing stocks of repair parts and consumable supplies we can use these until expended.

5. We feel exceptionally confident that AFGI can provide outstanding, value added support in this critical operational mission requirement for KBR. We are available to discuss any aspect of this proposal at KBR's convenience to include pricing for both providing generator mechanics under contract or providing maintenance and overhaul services at our facilities. If I can be of further assistance please contact our Operations Manager, Mr. Mike Simpson, mike.simpson@afg-intl.com, +965-711-0701 (Kuwait Roaming).

***Very Respectfully,***

**Lidia Tasic**
**Chief Executive Officer**
**Advanced Future Group Intl.**

**CC:**
**Quintin Shaw**
**T.J. Grizzle**