ORIGINAL

FILED
JUN 27 2008
U.S. COURT OF FEDERAL CLAIMS

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| ADVANCED FUTURE GROUP INTERNATIONAL GENERAL TRADING & CONTRACTING COMPANY W.L.L.<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES,<br><br>Defendant. | No. 08-475 C |

**Rule 7.1 Disclosure Statement**

The plaintiff, AFGI, is a Kuwaiti limited liability company. There are no parent companies or publicly held corporations that hold more than 10% of its stock.

By: [signature]

Stephen S. Kaye, Esquire
Bryan Cave LLP
700 Thirteenth Street NW, Suite 700
Washington, D.C. 20005
Telephone: (202) 508-6000
Facsimile: (202) 508 6200

*Counsel of Record for Plaintiff*