IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| ADVANCED FUTURE GROUP INTERNATIONAL GENERAL TRADING AND CONTRACTING COMPANY W.L.L., | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 08-475C |
| THE UNITED STATES, | ) | (Judge Hodges) |
| Defendant. | ) | |

DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME

Defendant, the United States, respectfully requests the Court to grant an enlargement of time of 30 days, to and including September 25, 2008, within which to file our response to the complaint. Our response is due by August 26, 2008. This is our first request for an enlargement of time for this purpose. Counsel for plaintiff, Advanced Future Group International General Trading and Contracting Company L.L.C. ("Advanced") has authorized us to state that Advanced does not oppose this motion.

Counsel for the United States has not yet received a litigation report or draft answer. Moreover, the allegations in the complaint are somewhat unusual, and legal research is likely to be required before a response can be filed.

The full enlargement of time requested is needed. Time is needed to gather information, and to perform legal research, in order to respond to the complaint. In addition, time is needed for the drafting of a response to the complaint, and for review of the draft response by agency counsel and by supervisors at the

Department of Justice.

For the reasons set forth above, we respectfully request that the Court grant our unopposed motion for an enlargement of time.

Respectfully submitted,

GREGORY G. KATSAS
Acting Assistant Attorney General

JEANNE E. DAVIDSON
Director

S/Brian M. Simkin
BRIAN M. SIMKIN
Assistant Director

S/ James W. Poirier
JAMES W. POIRIER
Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor, 1100 L St, N.W.
Washington, D.C. 20530
Tele: 202-616-0856
Fax: 202-514-7969

August 22, 2008

Attorneys for Defendant

CERTIFICATE OF FILING

I hereby certify that on August 22, 2008, a copy of the foregoing "DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

S/ James W. Poirier