# In the United States Court of Federal Claims

| | | |
|---|---|---|
| * * * * * * * | * | |
| ADVANCED FUTURE GROUP<br>INTERNATIONAL GENERAL TRADING<br>AND CONTRACTING COMPANY, W.L.L., | *<br><br>* | |
| Plaintiff, | * | No. 08-475C<br>Filed: August 22, 2008 |
| v. | * | |
| UNITED STATES OF AMERICA, | * | |
| Defendant. | * | |
| * * * * * * * | * | |

**ORDER**

Defendant's unopposed motion for an enlargement of time to September 25 within which to file its Answer is GRANTED.

s/ Robert H. Hodges, Jr.
Robert H. Hodges, Jr.
Judge